O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV11- 02032 AHM (FFMx) | Date | March 13, 2012 |
|---|---|---|---|
| Title | SALCIDO v. AURORA LOAN SERVICES LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On January 17, 2012, this Court granted in part and denied in part Defendants' motion to dismiss Plaintiff's First Amended Complaint ("FAC"). (Dkt. 19.)  Plaintiff's fraud and quiet title claims were dismissed with leave to amend while all other claims survived.  (*Id.*)  The Court granted Plaintiff 14 days to file a Second Amended Complaint ("SAC") to reassert her dismissed claims.  Plaintiff did not file an SAC.

Thereafter, Defendant filed a motion to dismiss this case for failure to prosecute. Although it was clear from the Court's January 17 Order that the SAC was optional and not required and that the remainder of Plaintiff's claims still remained in the action, Plaintiff failed to file a timely opposition to Defendant's motion.

Plaintiff is ORDERED to show cause why the Court should not impose sanctions on Plaintiff's counsel for their failure to oppose Defendant's motion to dismiss. Plaintiff's counsel must do so in writing by Friday, March 16, 2012, before the hearing on Defendant's motion to dismiss.  In the response, Plaintiff's counsel must also certify that a copy of this Order was given to their client.

The hearing on Defendants' motion to dismiss this case will take place as scheduled on Monday, March 19, 2012, at 10:00 a.m.

_____ : _____

Initials of Preparer          SMO