O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-02032-AHM (FFMx) | Date | March 19, 2012 |
|---|---|---|---|
| Title | MICHELLE RENEE SALCIDO v. AURORA LOAN SERVICES, LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | C. Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Alfred Aniya | William Partridge (via tel.) | | |

**Proceedings:**  MOTION TO DISMISS CASE FILED BY DEFENDANTS AURORA LOAN SERVICES LLC, FEDERAL HOME LOAN MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC [21] (non-evidentiary)

    For reasons and findings stated on the record, the Court denies the motion to dismiss.  Defendants must respond to the First Amended Complaint by not later than March 29, 2012.

    For good cause shown the Court also discharges the March 13, 2012 order to show cause why the Court should not impose sanctions on Plaintiff's counsel for their failure to oppose Defendant's motion to dismiss.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | | SMO |