1  *Law Offices of Alfred O. Anyia*
   ALFRED O. ANYIA, ESQ. C.S.B. #183571
2  PAULINUS E. EICHIE, ESQ. CSB.#224564
   5653 ½ Cahuenga Boulevard
3  North Hollywood, California 91601
   Telephone: (818) 432-8467; Fax: (818) 761-1157

FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiffs, MICHELLE RENEE SALCIDO

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES - CENTRAL DISTRICT

| | |
|---|---|
| MICHELLE RENEE SALCIDO ) | CASE NO: CV11-02032 AHM (FFMx) |
| Plaintiff, ) | |
| v. ) | ~~PROPOSED~~ PRELIMINARY INJUNCTION |
| AURORA LOAN SERVICES, LLC, ) FEDERAL NATIONAL MORTGAGE ) ASSOCIATION (aka FREDDIE MAC), ) MORTGAGE ELECTRONIC ) REGISTRATION SYSTEM, INC., CAL- ) WESTERN RECONVEYANCE ) CORPORATION and DOES 1 TO 10, ) INCLUSIVE, ) | |
| Defendant. ) | |

TO THE PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Appearing from the record that the Los Angeles Superior Court previously issued an injunction in this case and good cause appearing therefrom:

**IT IS HEREBY ORDERED THAT :**

1. Execution of the unlawful detainer judgment in the State court action Case No: 10E00000 is hereby stayed pending a final determination of the within case and upon the condition that Plaintiff herein (Michelle Renee Salcido) pays the sum of $1,400.00 to Defendant Aurora Loan Services, every month hereafter starting June 2012.

//

2.    All payments ordered hereto must be made to counsel for Aurora/Freddie Mac (Pite Duncan, LLP.) at said counsel's address and such payments are due on the first day of every month but no later than the 15th day of the month. Failure to make the payments as ordered shall result in a dissolution of this preliminary injunction.

IT IS SO ORDERED

Dated: June 11, 2012

_____
HON. A. HOWARD MATZ
United States District Judge